**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

MAURICIO VELASCO CIFUENTES,

    Petitioner/Defendant,

v.                                                       CASE NO: 8:07-CV-517-T-30TBM
                                                     Crim. No: 8:05-cr-199-T-30TBM

UNITED STATES OF AMERICA,

    Respondent/Plaintiff.
_____/

## ORDER

**THIS CAUSE** comes before the Court *sua sponte*. A review of the file indicates that Petitioner/Defendant has failed to respond to the Order to Show Cause (CV Dkt. #5) entered on April 24, 2007, which directed the Petitioner/Defendant to show good cause, in writing, within 30 days as to why his §2255 motion should not be stricken for being time-barred. No response has been filed with the Court. Accordingly, it is

    ORDERED AND ADJUDGED that:

    1.    Petitioner/Defendant's Motion to Vacate, Set Aside or Correct Sentence (CV Dkt. #1 and CR Dkt. #113) is DISMISSED because it is time barred as explained in this Court's Order (Dkt. #5) entered on April 24, 2007.

    2.    Any pending motions are denied as moot.

    3.    The Clerk is directed to close this file.

    **DONE** and **ORDERED** in Tampa, Florida on June 11, 2007.

                                                JAMES S. MOODY, JR.
                                                UNITED STATES DISTRICT JUDGE

**COPIES FURNISHED TO**:
Counsel/Parties of Record

F:\Docs\2007\07-cv-517.dismissal.frm